FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEREMY SUNDHEIM, a married individual,

                    Plaintiff,

        v.

JLG INDUSTRIES, INC., a Pennsylvania Corporation,

                    Defendant.

No.   2:16-CV-0333-SMJ

**ORDER GRANTING STIPULATED MOTION TO TRANSFER**

Before the Court, without oral argument, is the parties' Motion to Transfer Under 28 U.S.C. § 1404 and Notice of Withdrawal of Motion to Dismiss, ECF No. 11. The parties have conferred and determined that the proper venue for this matter is the United States District Court for the District of Montana, Great Falls Division. ECF No. 11. The parties have agreed to the exercise of personal jurisdiction by the District of Montana, and move to transfer this matter to that court. ECF No. 11. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion to transfer.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER **-** 1

**1.**    The parties' Motion to Transfer Under 28 U.S.C. § 1404 and Notice of Withdrawal of Motion to Dismiss, **ECF No. 11**, is **GRANTED**.

**2.**    This matter is **TRANSFERRED** to United States District Court for the District of Montana.

**3.**    Defendant's Motion to Dismiss, ECF No. 5, is **DENIED WITHOUT PREJUDICE** to renewal in the transferee court.

**4.**    Absent an order by the transferee court, Defendant shall have **21 days** after transfer is complete to file a response to Plaintiff's complaint.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel, transfer this case to the United States District Court for the District of Montana, and close this file.

**DATED** this 9th day of January 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2